THOMAS MACKELLAR, Respondent, *v.* THOMAS FARRELL et al.,
Appellants.

(Argued May 3, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 6, 1890, which affirmed a judgment in favor of
plaintiff entered upon a verdict directed by the court.

*E. J. Myers* for appellants.

*George M. Mackellar* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

WILLIAM K. CLARKSON, Respondent, *v.* EMMA YOUNG et al.,
Appellants.

(Argued May 3, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made October 27,
1890, which affirmed a judgment in favor of plaintiff entered
upon the report of a referee.

*Horace Graves* for appellants.

*Dana & Clarkson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.